1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11

12   JOSE GUADALUPE PEREZ,              )   Case No. CV 10-438 PSG (CW)
                                        )
13               Petitioner,            )   JUDGMENT
                                        )
14          v.                          )
                                        )
15   JAMES D. HARTLEY (Warden),         )
                                        )
16               Respondent.            )
     _____)
17

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19   denied and the action dismissed with prejudice.

20

21   DATED:   _____3/11/11_____

22

23                                   _____
                                      PHILIP S. GUTIERREZ
24                                    United States District Judge

25

26

27

28

                                     1